**Electronically Filed
Supreme Court
SCWC-12-0000706
10-AUG-2015
11:48 AM**

SCWC-12-0000706

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ALEXANDER F. SIMEONA, Petitioner/Plaintiff-Appellant,

vs.

TANI DYDASCO, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000706; CIV. NO. 11-1-2565-10)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Alexander F. Simeona's application for writ of certiorari filed on July 14, 2015, is hereby rejected.

DATED: Honolulu, Hawai'i, August 10, 2015.

Jack Schweigert,
Rory Soares Toomey,
and Alisa Auzenne
for petitioner

Caron M. Inagaki
and John F. Molay
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

